**STATE of Missouri, Respondent,**

v.

**Alvery HORTIZ, Appellant.**

**No. ED 77829.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 20, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 24, 2001.

Lisa M. Stroup, Assistant Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen.,Jefferson City, MO, for Respondent.

Before MOONEY, P.J., SIMON and SULLIVAN, JJ.

*ORDER*

PER CURIAM.

Alvery Hortiz (Appellant) appeals from the judgment of the trial court convicting him of first-degree murder, armed criminal action, forcible rape and forcible sodomy after a jury trial. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not abuse its discretion, and a rational trier of fact could have found Appellant guilty beyond a reasonable doubt. *State v. Smith,* 11 S.W.3d 733, 736 (Mo.App. E.D.1999). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).